UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILAN DOSENOVIC,

CASE NO.: 3:15-cv-01171-TJC-JBT

    Plaintiff,

v.

SLIDERS SEASIDE GRILL, INC. D/B/A
SLIDERS SEASIDE GRILL,

    Defendant.
_____/

**JOINT SETTLEMENT CONFERENCE REPORT**

COMES NOW, Plaintiff, MILAN DOSENOVIC and Defendant, SLIDERS SEASIDE GRILL, INC. D/B/A SLIDERS SEASIDE GRILL, pursuant to the Court's Scheduling Order dated October 5, 2015, and file this Joint Settlement Conference Report and states as follows:

(1) The parties met at Defendant's office and discussed settlement of the above styled case on Monday, February 15, 2016.

(2) The Parties hereby give notice that they have settled the case.

(3) The Parties are in the process of preparing a written agreement memorializing the settlement.

Dated this 26th day of February, 2016.

*/s/ Richard Dean Lippert, III, Esq.*
Richard Dean Lippert, III, Esq.
Florida Bar No.: 91811
FELDMAN LAW GROUP PA
1715 N. Westshore Blvd., Suite 400

*/s/ Arthur I. Jacobs, Esq.*
Arthur I. Jacobs, Esq.
Florida Bar No.: 108249
Richard J. Scholz, Esq.
Florida Bar No.: 0021261

| | |
|---|---|
| Tampa, FL 33607<br>Telephone: (813) 639-9366<br>Email:tlippert@ffmlawgroup.com<br>Attorney for Plaintiff | JACOBS SCHOLZ & ASSOCIATES, LLC<br>961687 Gateway Blvd., Suite 201-I<br>Fernandina Beach, FL 32034<br>Telephone: (904) 261-3693 |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the interested parties.

*/s/ Richard Dean Lippert, Esquire*
Richard Dean Lippert, Esquire
Florida Bar No.: 91811
FELDMAN LAW GROUP PA
1715 N. Westshore Blvd., Suite 400
Tampa, FL 33607
Telephone: (813) 639-9366
Email:mfeldman@ffmlawgroup.com
Attorney for Plaintiff