**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MILAN DOSENOVIC,

      Plaintiff,

v.                                                                    Case No. 3:15-cv-1171-J-32JBT

SLIDERS SEASIDE GRILL, INC.,

      Defendant.

_____

**O R D E R**

The Court has been advised that this FLSA case has been settled (Doc. 8). Accordingly, it is now

**ORDERED:**

1.    No later than **April 26, 2016**, the parties shall file the terms of their proposed settlement, which matter is hereby **REFERRED** to the assigned United States Magistrate Judge for the preparation of a Report and Recommendation as to whether the parties' proposed settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, Inc. v. United States Dep't. of Labor, 679 F.2d 1350, 1355 (11th Cir. 1982).

2.    All other deadlines are vacated and the Clerk shall administratively close the file pending any further Order.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of February, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Honorable Joel B. Toomey

Counsel of record